UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 24 2020
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

Darryl A. Gilmore Sr.
Stephanie Gilmore
Plaintiff(s)

vs.

Uncommon School Troy Prep
Johanna Martin
Defendant(s)

Civil Case No.: 1:20cv979 (LEK/DJS)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ● JURY  ○ COURT  (Select only one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Darryl A. Gilmore Sr.
   Address: 170 A. Vandenburgh Place
   Troy NY 12180

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Uncommon School Troy Prep
   Official Position: School
   Address: 2 Polk St.
   Troy New York 12180

b. Defendant: Johanna Martin
   Official Position: Associate Chief Operating Officer
   Address: 2 Polk Street
            Troy New York
            12180

c. Defendant: Maise Wright
   Official Position: Principal
   Address: 2 Polk Street
            Troy new york
            12180

Additional Defendants may be added on a separate sheet of paper.

4.                                FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

Johanna Martin published slanderous an libel statments. Causing plantiff to be banned from school grounds.

Maise Wright made defamatry statmnts Causing law enforcment to be summonded.

5.                  CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Johanna Martin's slanderous and libel statements published caused harm and pain + suffering of plantiff.

### SECOND CAUSE OF ACTION

plantiff affected egregiously. plantiff unable to attend children school eunts.

### THIRD CAUSE OF ACTION

plantiff in constant fear of being detained b/ law enforcement due to slanderous statements published by defendents.

6. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

- offical letter of apology
- retraction of slanderous statmuts
- punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/24/2020

Darryl A Gilmore SR.
Stephanie Gilmore.
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010